IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES R. SEARCY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:12-CV-3891-M |
| | ) |
| DALLAS POLICE DEPARTMENT, | ) |
|     Defendants. | ) |

## ORDER

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's claims against Defendant Officers Wesley and Mason shall proceed and process shall be issued as to these Defendants;

(2) Plaintiff's claims against Defendant Dallas Police Department are dismissed.

(3) The United States Marshall Service shall serve process on Defendant Officers Wesley and Mason, Officer Numbers 8759 and 5107, at Dallas Police Headquarters, 1400 S. Lamar, Dallas, TX, 75215.

(4) The Clerk shall transmit a true copy of this Order and the Order accepting the Findings and Recommendation of the United States Magistrate Judge to Plaintiff.

(5) The Clerk of the Court shall issue summons and refer this case to Magistrate Judge Stickney for pre-trial management.

Signed this 30th day of April, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS