UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES R. SEARCY,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:12-CV-3891-M (BF) |
| | § | |
| KENNETH WESTER and<br>MARK MASON,<br>　　Defendants. | §<br>§<br>§ | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Kenneth Wester's Motion for Summary Judgment [D.E. 60] and Defendant Mark Mason's Motion for Summary Judgment [D.E. 63] are GRANTED.

**SO ORDERED** this 17th day of February, 2015.

_/s/ Barbara M. G. Lynn_
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS